Cause No. 66D01-1611-F5-000060

Kody Jacob Lamb.

-FILED-
JUL 03 2018
At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

I am writing this letter in reguards to file a law suit against Pulaski county Jail for unjust incarciration due to the fact that I was sentenced to a B and a C misdemeanor under the same cause number and spent from 10/31/2016 to 1/26/2017 good time in Pulaski county Jail then was placed on 180 days probation. then was brought back for a revocation and spent from 3/20/2017 to 3/24/2017 good time placed back on probation until 7/27/2017 when a court date was set In which I failed to appear an was brought back for an FTA on 5/25/2018 to 6/25/2018 good time an placed back on probation until november 5th 2018 which on that date they've issued a court date to determine weather or not I have time served.

And my cause number has changed as well to 66c01-1611-F5-00060 possibly due to a change of court rooms due to conflict of interest. All of these ~~incase~~ times of incarciration and probation sentences have been for the same b an c misdemeanor under the same cause number issued on 1/26/2018 an I feel I've served way over my amount of time.

Thank you for your time an consideration.

Kody Lamb

Kody Lamb
110 east meridian
winemac, IN. 46996

Mailed From
Pulaski County Jail

United states district court
office of the clerk
204 South main Street
South bend, Indiana 46601-2144

Legal mail